UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIO R. MAMOT,

                Plaintiff,

   -against-

PROCTOR & GAMBLE CORP;
GLAXOSMITHKLINE CORP.,

                Defendants.

21-CV-6914 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued January 12, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the doctrine of claim preclusion.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 12, 2022
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge